328 F.2d 621
 Dr. George B. CROZAT, Appellant,
v.
UNITED STATES of America and Chester Usry, District Director
of Internal Revenue, Appellees.
 No. 20376.
 United States Court of Appeals Fifth Circuit.
 March 4, 1964.
 
 Leon D. Hubert Jr., Vincent T. Lo-Coco, Hubert, Baldwin & Zibilich, New Orleans, La., for appellant.
 Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Atty., Tax Div., Dept. of Justice, Washington, D.C., Louis C. La-Cour, U.S. Atty., Peter E. Duffy, Asst. U.S. Atty., New Orleans, La., Joseph Howard, Burton Berkley, Richard M. Roberts, Attys., Tax Div., Dept. of Justice, Washington, D.C., for appellees.
 Before MAGRUDER,[1] JONES and GEWIN, Circuit Judges.
 PER CURIAM.
 
 
 1
 The motion of the appellees to affirm the order of the District Court is granted and the judgment is affirmed. Reisman v. Caplin, 375 U.S. 440, 84 S.Ct. 508, 11 L.Ed.2d 459.
 
 
 
 [1]
 Senior Circuit Judge of the First Circuit, sitting by designation